## BURGESS STEEL ERECTORS OF NEW JERSEY, LLC

2674

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 8.00 | | 43.44 | 347.52 | | 8.00 | | 84.80 | VACATI | 8-01-18 to |
| | | | | | 8.00 | | 8.00 | MARKET | 8-07-18 |

CHECK NO.
No. 2674

TOTAL GROSS
440.32

### DEDUCTIONS THIS PERIOD

| MED | 6.38 | SOC | 27.30 | NJSDI | .84 | NJSUI | 1.87 | NJSWH | 4.87 |
| ASMT | 14.00 | MKTREC | 8.00 | FCT | 1.20 | VAC | 84.80 | | |

TOTAL DEDUCTIONS
149.26

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

JOSE BOTERO
XXX-XX-5208

GROSS 440.32   FICA 33.68
FWH    .00   SWH  4.87

NET PAY
291.06

---

## BURGESS STEEL ERECTORS OF NEW YORK, LLC

8361

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 28.00 | | 45.98 | 1287.44 | | 30.00 | | 352.50 | VACATI | 8-01-18 to |
| | 1.00 | 91.96 | | 91.96 | 30.00 | | 5.10 | IFO | 8-07-18 |

CHECK NO.
No. 8361

TOTAL GROSS
1737.00

### DEDUCTIONS THIS PERIOD

| FWH | 183.05 | MED | 25.19 | SOC | 107.69 | NYSDI | .60 | NYSWH | 87.63 |
| IFO | 5.10 | VAC | 352.50 | ASMT | 43.50 | | | | |

TOTAL DEDUCTIONS
805.26

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

JOSE BOTERO
XXX-XX-5208

GROSS 1737.00   FICA 132.88
FWH   183.05    SWH  87.63

NET PAY
931.74

---

## BURGESS STEEL ERECTORS OF NEW YORK, LLC

8430

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 35.00 | | 45.98 | 1609.30 | | 35.00 | | 411.25 | VACATI | 8-08-18 to |
| | | | | | 35.00 | | 5.95 | IFO | 8-14-18 |

CHECK NO.
No. 8430

TOTAL GROSS
2026.50

### DEDUCTIONS THIS PERIOD

| FWH | 246.74 | MED | 29.38 | SOC | 125.65 | NYSDI | .60 | NYSWH | 106.68 |
| IFO | 5.95 | VAC | 411.25 | ASMT | 50.75 | | | | |

TOTAL DEDUCTIONS
977.00

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

JOSE BOTERO
XXX-XX-5208

GROSS 3763.50   FICA 287.91
FWH   429.79    SWH 194.31

NET PAY
1049.50

## BURGESS STEEL ERECTORS OF NEW YORK, LLC — 8583

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 6.00 | | 45.98 | 275.88- | | 5.00 | | 58.75 | VACATI | 8-22-18 to |
| | 4.00 | 91.96 | | 367.84 | 5.00 | | .85 | IFO | 8-28-18 |
| | 2.00 | 68.97 | | 137.94 | | | | | |

CHECK NO. 8583
TOTAL GROSS 289.50

### DEDUCTIONS THIS PERIOD

| MED | 4.20 | SOC | 17.95 | NYSDI | .60 | NYSWH | 1.27 | ASMT | 7.25 |
| IFO | .85 | VAC | 58.75 | | | | | | |

TOTAL DEDUCTIONS 90.87

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

JOSE BOTERO
XXX-XX-5208

GROSS 5326.80  FICA 407.50
FWH    457.40  SWH  233.00

NET PAY 198.63

---

## BURGESS STEEL ERECTORS OF NEW YORK, LLC — 8486

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 14.00 | | 45.98 | 643.72 | | 14.00 | | 164.50 | VACATI | 8-15-18 to |
| | | | | | 14.00 | | 2.38 | IFO | 8-21-18 |

CHECK NO. 8486
TOTAL GROSS 810.60

### DEDUCTIONS THIS PERIOD

| FWH | 27.61 | MED | 11.75 | SOC | 50.25 | NYSDI | .60 | NYSWH | 28.99 |
| IFO | 2.38 | VAC | 164.50 | ASMT | 20.30 | | | | |

TOTAL DEDUCTIONS 306.38

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

JOSE BOTERO
XXX-XX-5208

GROSS 4574.10  FICA ——
FWH    457.40  SWH  ——

NET PAY 504.22

---

## BURGESS STEEL ERECTORS OF NEW YORK, LLC — 8512

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 6.00 | | 45.98 | 275.88 | | 8.00 | | 94.00 | VACATI | 8-15-18 to |
| | 1.00 | 91.96 | | 91.96 | 8.00 | | 1.36 | IFO | 8-21-18 |

CHECK NO. 8512
TOTAL GROSS 463.20

### DEDUCTIONS THIS PERIOD

| MED | 6.72 | SOC | 28.72 | NYSDI | .60 | NYSWH | 8.43 | ASMT | 11.60 |
| IFO | 1.36 | VAC | 94.00 | | | | | | |

TOTAL DEDUCTIONS 151.43

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

JOSE BOTERO
XXX-XX-5208

GROSS 5037.30  FICA 385.35
FWH    457.40  SWH  231.73

NET PAY 311.77

## BURGESS STEEL ERECTORS OF NEW YORK, LLC — 8660

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 7.00 | | 45.98 | 321.86 | | 7.00 | | 82.25 | VACATI | 8-29-18 to |
| | | | | | 7.00 | | 1.19 | IFO | 9-04-18 |

CHECK NO. 8660
TOTAL GROSS 405.30

**DEDUCTIONS THIS PERIOD**

| MED | 5.88 | SOC | 25.13 | NYSDI | .60 | NYSWH | 5.90 | ASMT | 10.15 |
| IFO | 1.19 | VAC | 82.25 | | | | | | |

TOTAL DEDUCTIONS 131.10

**EMPLOYEE INFORMATION** / **YEAR-TO-DATE TOTALS**

JOSE BOTERO
XXX-XX-5208

GROSS 5732.10   FICA 438.51
FWH 457.40      SWH 238.90

NET PAY 274.20

---

## BURGESS STEEL ERECTORS OF NEW YORK, LLC — 8740

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 28.00 | | 45.99 | 1287.72 | | 28.00 | | 329.00 | VACATI | 9-05-18 to |
| | | | | | 28.00 | | 4.76 | IFO | 9-11-18 |

CHECK NO. 8740
TOTAL GROSS 1621.48

**DEDUCTIONS THIS PERIOD**

| FWH | 157.64 | MED | 23.51 | SOC | 100.53 | NYSDI | .60 | NYSWH | 80.32 |
| ASMT | 40.60 | IFO | 4.76 | VAC | 329.00 | | | | |

TOTAL DEDUCTIONS 736.96

**EMPLOYEE INFORMATION** / **YEAR-TO-DATE TOTALS**

JOSE BOTERO
XXX-XX-5208

GROSS 7353.58   FICA 562.55
FWH 615.04      SWH 319.22

NET PAY 884.52

---

## BURGESS STEEL ERECTORS OF NEW YORK, LLC — 8797

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 14.00 | | 45.99 | 643.86 | | 14.00 | | 164.50 | VACATI | 9-12-18 to |
| | | | | | 14.00 | | 2.38 | IFO | 9-18-18 |

CHECK NO. 8797
TOTAL GROSS 810.74

**DEDUCTIONS THIS PERIOD**

| FWH | 27.63 | MED | 11.75 | SOC | 50.27 | NYSDI | .60 | NYSWH | 29.00 |
| IFO | 2.38 | VAC | 164.50 | ASMT | 20.30 | | | | |

TOTAL DEDUCTIONS 306.43

**EMPLOYEE INFORMATION** / **YEAR-TO-DATE TOTALS**

JOSE BOTERO
XXX-XX-5208

GROSS 8164.32   FICA 624.57
FWH 642.67      SWH 348.22

NET PAY 504.31