UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOSE BOTERO

NO. 18-16767 MDC
CHAPTER 13
HEARING: January 22, 2019

ORDER GRANTING MOTION OF FORD MOTOR CREDIT FOR
RELIEF FROM STAY RE: 2016 FORD EXPLORER MOTOR VEHICLE

Upon consideration of the Motion of Ford Motor Credit Company, LLC for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, effective immediately, with waiver of FRBP 4001(a)(3):

Ford Motor Credit Company, LLC is granted relief from the Automatic Stays of Bankruptcy Codes 362a, and is free to exercise all of its rights as the lienholder of a 2016 Ford Explorer motor vehicle owned by Debtor, Jose Botero.

BY THE COURT:

_____
Bankruptcy Judge
2/19/19

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

FMCC MDC 13