```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                  Case No. 18-16767-mdc
Jose Botero                                                             Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1                Date Rcvd: Feb 22, 2019
                              Form ID: pdf900         Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
db             +Jose Botero,   39 Shellflower Road,   Levittown, PA 19056-1707
cr             +Inspire Federal Credit Union,   3 Friends Lane,   Newton, PA 18940-3426
cr             +Pacific Union Financial, LLC,   c/o KEVIN G. MCDONALD,   701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
14250491      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,   PO Box 62180,
                Colorado Springs, CO 80962)
14211714       +Frd Motor Cr,   Po Box Box 542000,   Omaha, NE 68154-8000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 23 2019 03:08:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2019 03:07:39
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 23 2019 03:08:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,   P.O. Box 62180,
                Colorado Springs, CO  80921)
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union
               todd@savareselaw.com, toddsav@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Jose  Botero support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOSE BOTERO

NO. 18-16767 MDC
CHAPTER 13
HEARING: January 22, 2019

### ORDER GRANTING MOTION OF FORD MOTOR CREDIT FOR RELIEF FROM STAY RE: 2016 FORD EXPLORER MOTOR VEHICLE

Upon consideration of the Motion of Ford Motor Credit Company, LLC for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, effective immediately, with waiver of FRBP 4001(a)(3):

Ford Motor Credit Company, LLC is granted relief from the Automatic Stays of Bankruptcy Codes 362a, and is free to exercise all of its rights as the lienholder of a 2016 Ford Explorer motor vehicle owned by Debtor, Jose Botero.

BY THE COURT:

_____
Bankruptcy Judge    2/19/19

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA  19107

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA  19020

FMCC MDC 13