United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16767-mdc
Jose Botero                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Apr 23, 2019
                       Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14236545    +E-mail/Text: bankruptcy@loanpacific.com Apr 24 2019 02:13:32    Pacific Union Financial, LLC,
             1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
                                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2019 at the address(es) listed below:
        HOWARD   GERSHMAN    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        J. TODD BUCKLEY SAVARESE    on behalf of Creditor   Inspire Federal Credit Union todd@savareselaw.com, toddsav@verizon.net
        KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com
        PAUL H. YOUNG    on behalf of Debtor Jose   Botero support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                       TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16767-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jose Botero
39 Shellflower Road
Levittown PA 19056

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 2: Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/25/19

Tim McGrath
**CLERK OF THE COURT**