United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 18-16767-mdc
Jose Botero                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: SaraR           Page 1 of 1          Date Rcvd: Oct 03, 2019
                             Form ID: pdf900       Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
```
db             +Jose Botero,   39 Shellflower Road,   Levittown, PA 19056-1707
cr            ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,   P.O. Box 62180,
                 Colorado Springs, CO  80921)
cr             +Inspire Federal Credit Union,   3 Friends Lane,   Newton, PA 18940-3426
cr             +Pacific Union Financial, LLC,   c/o KEVIN G. MCDONALD,   701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
```
          HOWARD  GERSHMAN    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          J. TODD BUCKLEY SAVARESE    on behalf of Creditor   Inspire Federal Credit Union
           todd@savareselaw.com,  toddsav@verizon.net
          KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Jose  Botero support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                  TOTAL: 7
```

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   JOSE BOTERO                          :   **CHAPTER 13**

        **Debtor**                              :   **BANKRUPTCY NO. 18-16767**

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5,000.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,500.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: October 3, 2019

_Magdeline D. Coleman_
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**