# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** JOSE BOTERO | : | CHAPTER 13 |
| | : | |
| **Debtor(s)** | : | BANKRUPTCY NO. 18-16767 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Jose Botero, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Nationstar Mortgage LLC d/b/a Mr. Cooper on August 6, 2020. Debtors believe they are now current on all post-petition payments due under the June 10, 2019 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: August 10, 2020