*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jose Botero
    Debtor(s)

Case No: 18–16767–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Filed by REBECCA ANN SOLARZ on behalf of Nationstar Mortgage LLC D/B/A Mr. Cooper

    on: 9/8/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/12/20

Timothy B. McGrath
Clerk of Court