# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose Botero<br>        Debtor<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>        Movant<br>    vs.<br>Jose Botero<br>        Debtor<br><br>William C. Miller, Esquire.<br>        Trustee | CHAPTER 13<br><br><br>NO. 18-16767 MDC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Stipulation of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about August 6, 2020 (Doc. No. 79).

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

August 31, 2020