**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                        Chapter 13

                                        Bankruptcy No. 18-16767-MDC

JOSE BOTERO

39 SHELLFLOWER ROAD

LEVITTOWN, PA 19056

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOSE BOTERO

39 SHELLFLOWER ROAD

LEVITTOWN, PA 19056

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                        /S/ Kenneth E. West

Date: 2/9/2023                             _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee