*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jose Botero

    Debtor(s)

Case No: 18–16767–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Jose Botero's Objection to Certification of Default filed by Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper

on: 9/19/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/6/23

Timothy B. McGrath
Clerk of Court

109 – 108
Form 167