United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-11655-amc

Cecil L. Shamberger                                                        Chapter 13

Marie F. Shamberger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                           Page 1 of 2

Date Rcvd: Oct 13, 2023                      Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cecil L. Shamberger, Marie F. Shamberger, 1101 S. Wilton St., Philadelphia, PA 19143-4239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Mortgage Assets Management  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| MARK A. CRONIN | on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com |

District/off: 0313-2                              User: admin                              Page 2 of 2
Date Rcvd: Oct 13, 2023                          Form ID: pdf900                          Total Noticed: 1

POLLY A. LANGDON
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

SHARON S. MASTERS
                    on behalf of Joint Debtor Marie F. Shamberger shmasters@hotmail.com  G65312@notify.cincompass.com

SHARON S. MASTERS
                    on behalf of Debtor Cecil L. Shamberger shmasters@hotmail.com  G65312@notify.cincompass.com

Scott F Waterman
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Marie F. Shamberger<br>Cecil L. Shamberger<br><div align="right">Debtor(s)</div> | CHAPTER 13 |
| Mortgage Assets Management, LLC<br><div align="right">Movant</div><br>Vs. | NO. 19-11655 AMC |
| Marie F. Shamberger<br>Cecil L. Shamberger<br><div align="right">Debtor(s)</div> | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><div align="right">Trustee</div> | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$860.00,** which breaks down as follows:

Hazard Insurance disbursement in the amount of $660.00 on October 4, 2022
Fees and Costs associated with the COD filing $200.00
**Total Post-Petition Arrears        $860.00**

2.      Debtor(s) shall cure said arrearages in the following manner:

a). Beginning on October 2023  and continuing through December 2023, until the arrearages are cured, Debtor(s) shall pay an installment payment of **$286.67 for October 2023 and November 2023 and $286.66 for December 2023** towards the arrearages on or before the last day of each month at the address below:

PHH Mortgage Services
PO Box 5435
Mount Laurel, NJ 08054

3.      Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice.

If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

Date:    September 21, 2023

_/s/ **Mark A. Cronin, Esquire**_
Mark A. Cronin, Esquire
Attorney for Movant


Date: _10/2/2023_                          _/s/ Sharon S. Masters, Esquire_
                                          Sharon S. Masters, Esquire
                                          Attorney for Debtor(s)


Date: _10/3/2023_                          _/s/ Ann E. Swartz, Esq. for_
                                          Scott F. Waterman Esquire
                                          Chapter 13 Trustee


Approved by the Court this _13th_ day of _October_ , 2023.  However, the court retains discretion regarding entry of any further order.


_____
Bankruptcy Judge
Ashely M. Chan.