# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose Botero<br>　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br>　　　　　　　Movant<br>　　vs.<br><br>Jose Botero<br>　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 18-16767 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Certification of Default of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about September 5, 2023, Document Number 107 .

Dated: February 8, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/Mark A. Cronin
　　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esq.
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com