Certificate Number: 05781-PAE-DE-038383869

Bankruptcy Case Number: 18-16767



05781-PAE-DE-038383869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 16, 2024, at 7:29 o'clock AM PDT, Jose Botero completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 16, 2024

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President