UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Jose Botero,<br><br>      Debtor,<br><br>Kenneth E. West,<br><br>      Movant,<br><br>vs.<br><br>Nationstar Mortgage LLC,<br><br>      Respondent. | Case No.: 18-16767-amc<br><br>Chapter 13 |

### RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 2) PREPETITION ARREARAGE HAS BEEN PAID IN FULL

TO: THE CLERK, U.S. BANKRUPTCY COURT:

  In response to the Notice that Mortgage Claim (Court Claim No. 2) Prepetition arrearage has been paid in full, filed on April 18, 2024, Nationstar Mortgage LLC hereby declares that, as of April 30, 2024, the account has been brought current and is due for the April 1, 2024 payment.

Date: April 30, 2024               Respectfully submitted,

                     /s/ *Robert Wendt*, Esquire
                     By: Robert Wendt, Esquire
                     rwendt@leopoldassociates.com
                     Attorney ID No. 89150
                     Leopold & Associates, PLLC
                     275 Curry Hollow Road, Building 1
                     Suite 280
                     Pittsburgh, PA 15236
                     (914)-219-5787 x490
                     Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Jose Botero,<br><br>      Debtor,<br><br>Kenneth E. West,<br><br>      Movant,<br><br>vs.<br><br>Nationstar Mortgage LLC,<br><br>      Respondent. | Case No.: 18-16767-amc<br><br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

  I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing **RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 2) PREPETITION ARREARAGE HAS BEEN PAID IN FULL** has been served on May 1, 2024, by first class mail, and/or electronic means upon those listed below:

Jose Botero
Debtor
39 Shellflower Road
Levittown, PA 19056

Paul H. Young, Esq.
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107

CONTINUED ON NEX PAGE

U.S. Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

Date: May 1, 2024

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor