# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose Botero<br>                **Debtor(s)**<br><br>**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**<br>                **Movant**<br>vs.<br><br>**Jose Botero**<br>                **Debtor(s)**<br><br>**William C. Miller Esq.**,<br>                **Trustee** | BK NO. 18-16767 MDC<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 29, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jose Botero
39 Shellflower Road
Levittown, PA 19056

Attorney for Debtor(s)
Paul H. Young, Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: September 29, 2021

                                                      **/s/Rebecca A. Solarz Esquire**
                                                      Rebecca A. Solarz Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      215-825-6327
                                                      rsolarz@kmllawgroup.com